**EXHIBIT A**

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Bottom ] [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**IN/"hensley and charles" AND SPEC/nasal**: 9 patents.
*Hits 1 through 9 out of 9*

[ Jump To ]

[ Refine Search ] IN/"hensley and charles" AND SPEC/nasal

| PAT. NO. | Title |
|---|---|
| 1 8,133,502 | System for delivering a composition to the nasal membrane and method of using same |
| 2 7,989,003 | Method and composition for delivering zinc to the nasal membrane |
| 3 7,714,011 | Compositions to reduce congestion and methods for application thereof to the nasal membrane |
| 4 7,597,901 | System for delivering a composition to the nasal membrane and method of using the same |
| 5 7,439,269 | Composition and method for moisturizing nasal tissue |
| 6 7,348,360 | Method and composition for delivering zinc to the nasal membrane |
| 7 7,115,275 | System for delivering a composition to the nasal membrane and method of using same |
| 8 6,673,835 | Method and composition for delivering zinc to the nasal membrane |
| 9 6,365,624 | Method and composition for delivering zinc to the nasal membrane |



[ Top ] [ View Cart ]
[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]